# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE L. STEBBINS,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INSURANCE AGENCY INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-0590-APG-GWF<br><br>**ORDER GRANTING STAY**<br><br>[ECF No. 26] |

IT IS HEREBY ORDERED that the parties' stipulation to stay this litigation **(ECF No. 26) is GRANTED**. The parties shall file a status report by August 23, 2019.

Dated: February 22, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE